1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLYDE CHARLES HELMS, | ) | 1:12-cv-00897-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENA, WITHOUT PREJUDICE |
| vs. | ) ) | |
| MARGARET MIMS, et al., | ) ) | (Doc. 7.) |
| Defendants. | ) ) ) | |

Clyde Charles Helms ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 1, 2012. (Doc. 1.) On August 16, 2012, Plaintiff filed a motion for issuance of a subpoena duces tecum. (Doc. 7.)

The discovery phase has not yet been opened in this action. Therefore, Plaintiff's request is premature and shall be denied without prejudice. When discovery is open, Plaintiff shall be notified by court order. Until then, Plaintiff is not permitted to conduct discovery.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for the issuance of a subpoena duces tecum is DENIED, without prejudice to renewal of the motion at a later stage of the proceedings.

IT IS SO ORDERED.

**Dated:   August 23, 2012        /s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE