1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    CLYDE CHARLES HELMS,                    )      1:12-cv-00897-GSA-PC
                                             )
10                Plaintiff,                  )      ORDER  DENYING  MOTION  FOR
                                             )      ISSUANCE OF SUBPOENA, WITHOUT
11         vs.                               )      PREJUDICE
                                             )
12   MARGARET MIMS, et al.,                   )
                                             )      (Doc. 7.)
13                Defendants.                 )
                                             )
14   _____)

15         Clyde Charles Helms ("Plaintiff") is a prisoner proceeding pro se with this civil rights action

16   pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 1, 2012.

17   (Doc. 1.)  On August 16, 2012, Plaintiff filed a motion for issuance of a subpoena duces tecum.  (Doc.

18   7.)

19         The discovery phase has not yet been opened in this action.  Therefore, Plaintiff's request is

20   premature and shall be denied without prejudice.  When discovery is open, Plaintiff shall be notified by

21   court order.  Until then, Plaintiff is not permitted to conduct discovery.

22         Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for the issuance of

23   a subpoena duces tecum is DENIED, without prejudice to renewal of the motion at a later stage of the

24   proceedings.

25

26         IT IS SO ORDERED.

27      **Dated:    August 23, 2012                      /s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE
28